```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0056--CR (JWS)
                              "USA V LAWRENCE D. DARWIN"
                              DEF 1.1 DARWIN, LAWRENCE D.

              Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  06/22/05
             Closed:  11/15/05
 No. of Defendants:  1
    MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Mary Jane Haden
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Crandon H. Randell
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 1.1 DARWIN, LAWRENCE D.

 Document          Count     Citation and Description                        Disposition
 ─────────         ─────     ────────────────────────                        ───────────
    1 -   1 IND      1       18:1708 RECEIPT OF STOLEN MAIL (F)              Sentenced
                                                                             (30-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0056--CR (JWS)
                              "USA V LAWRENCE D. DARWIN"

                                   For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:   The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:   06/22/05
            Closed:   11/15/05
No. of Defendants: 1


 Document #   Filed       Docket text

 NOTE -   1   06/22/05    [Re: DEF 1] Issued WOA.

    1 -   1   06/22/05    [Re: DEF 1] PLF 1 Indictment.

    2 -   1   06/23/05    [Re: DEF 1] JDR Grand Jury Minutes re: war of arrest to be iss;  H/C ad
                          pros to follow; no bail set; set for arr & notify USM; in state custody
                          (ACCW).

    3 -   1   06/23/05    [Re: DEF 1] PLF 1 motion (petition) for writ of H/C ad pros.

 NOTE -   2   06/24/05    Issued: Writ of H/C ad pros.

 NOTE -   3   06/24/05    Notation: Proposed Trial Date Setting for Arr to USDJ.

    4 -   1   06/24/05    [Re: DEF 1] JDR Order granting motion (petition) for writ of H/C ad pros
                          (3-1). cc: USA, USM, USPO, def w/USM cy

    5 -   1   06/24/05    [Re: DEF 1] JDR Minute Order re Arr set for 6/28/05 at 9:30 a.m. cc:
                          USA, USM, USPO, def w/USM cy

    6 -   1   06/28/05    [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arraignment on
                          Indictment (held 06/28/05); Def plead Not Guilty to Count 1 of the
                          Indictment; Mike Dieni Appointed; Def detained; Pretrial Motions due
                          07/14/05; Meet and confer 06/29/05; FPTC set 08/29/05 at 8:30 a.m.; TBJ
                          set 08/29/05 at 9:00 a.m.; Mr. Dieni unavailable until after 09/05/05.
                          cc: USA, FPD, USM, USPO, Jury Clerk, Judge Sedwick.

    7 -   1   06/28/05    [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                          USPO.

    8 -   1   06/28/05    [Re: DEF 1] Financial Affidavit.

    9 -   1   06/28/05    [Re: DEF 1] JDR Order regarding preparation for trial. cc: USA, FPD.

   10 -   1   06/29/05    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   11 -   1   06/29/05    DEF 1 Attorney Appearance of M. Dieni.

   12 -   1   06/30/05    [Re: DEF 1] JWS Minute Order setting TBJ on 8/29/05 @ 9:00 a.m. & FPTC
                          on 8/29/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC

   13 -   1   07/13/05    DEF 1 Unopposed motion to re-schedule trial date w/att aff.

   14 -   1   07/15/05    [Re: DEF 1] JWS Order denying unoppo mot to re-schedule trial date
                          (13-1). cc: USA, FPD

   15 -   1   07/15/05    [Re: DEF 1] Return of WOA executed on 6/28/05.

   15 -   2   07/18/05    [Re: DEF 1] Statistical Notice of Arrest; defendant arrested 6/28/05.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0056--CR (JWS)
                              "USA V LAWRENCE D. DARWIN"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 07/26/05 | DEF 1 motion on shortened time for a bail review hearing. |
| 17 - 1 | 07/27/05 | [Re: DEF 1] PMP Order granting motion on shortened time for a bail review hearing (16-1); bail review hrg set for 7/29/05 at 9:30 a.m. before MJ Hall cc: USA, FPD, USM, USPO |
| 18 - 1 | 07/27/05 | DEF 1 Attorney Substitution of M.J. Haden for M. Dieni. |
| 19 - 1 | 07/29/05 | [Re: DEF 1] TWH Court Minutes [ECR: April Karper] re Bail Review Hrg (held 7/29/05); def oral mot to rls to a proposed third party custodian w/conditions DENIED; def det cont; w/att exh and wit list; cc: USA, FPD, USM, USPO, MJ Roberts, Judge Sedwick. |
| 20 - 1 | 08/22/05 | DEF 1 Notice of Intent to change plea. |
| 21 - 1 | 08/24/05 | [Re: DEF 1] JWS Minute Order setting PCOP hrg on 8/25/05 @ 9:30 a.m.; 8/29/05 FPTC & TBJ vacated. cc: USA, FPD, USPO, USM, MJ Roberts |
| 22 - 1 | 08/25/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re PCOP (held 8/25/05); def changed plea to guilty on ct 1 of the Indt; IOS to be set by minute order.  cc USA, FPD, USM, USPO, MJ Roberts |
| 23 - 1 | 08/26/05 | [Re: DEF 1] JWS Minute Order setting IOS on 11/10/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts |
| 24 - 1 | 11/03/05 | DEF 1 Notice of filing letters w/att letters. |
| 25 - 1 | 11/03/05 | DEF 1 Notice of filing def's statement w/att statement. |
| 26 - 1 | 11/03/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 27 - 1 | 11/03/05 | DEF 1 Sentencing Memorandum w/att exhs. |
| 28 - 1 | 11/04/05 | [Re: DEF 1] PLF 1 Amended Sentencing Memorandum. |
| 29 - 1 | 11/10/05 | [Re: DEF 1] JWS Court Minutes [ECR: April Karper] re IOS (held 11/10/05); sent imposed as stated in the judg; def's oral mot to waive the interest on the rest denied at this time. |
| 30 - 1 | 11/15/05 | [Re: DEF 1] JWS Judgment pleaded guilty to ct 1 of Indt (1-1); sentenced to 24 mos impr to run concur w/Ak State Case 3AN-S05-1969 CR; def remanded to USM; 36 mos SR; $100.00 SA; $17,099.80 in restitution. cc: USA, FPD, Def w/cnsls cy, USM, USPO, Finance, FLU, MJ Roberts |
| 31 - 1 | 11/29/05 | [Re: DEF 1] Partial Transcript re: IOS held 11/10/05. |